TDCJ Offender Details

★ **TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
TDCJ Home
New Offender Search

51,218-04

 

# Offender Information Details

| Return to Search list |
| --- |

| | |
| --- | --- |
| **SID Number:** | 06000099 |
| **TDCJ Number:** | 00817087 |
| **Name:** | FLORES,LARRY |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1980-02-24 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | ELLIS |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2037-06-23 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
| --- | --- |
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |
| --- |

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
| --- | --- | --- | --- | --- | --- |
| 1997-01-08 | CAPITAL MURDER | 1997-11-07 | HARRIS | 756276 | 9999-99-99 |